# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DUNG VAN TRUONG,

          Petitioner,

   v.

MARK BOWEN, et al.,

          Respondents.

Case No. 5:26-cv-00504-TJH-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("the Report"), and Respondents' Objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Respondents have objected.

The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted in part, and Respondents are ordered to release Petitioner forthwith from detention on conditions of release pursuant to 8 C.F.R. § 241.5, to refrain from re-detaining Petitioner without

timely following the procedures in 8 C.F.R. §§ 241.4 and 241.13, and refrain from re-detaining Petitioner solely for the purpose of effectuating his removal, until there is a "significant likelihood of removal in the reasonably foreseeable future". *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

DATED:  April 10, 2026

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

2