JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG VAN TRUONG,<br><br>    Petitioner,<br><br>  v.<br><br>MARK BOWEN, et al.,<br><br>    Respondents. | Case No. 5:26-cv-00504-TJH-PD<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is granted in part as to Count I and dismissed without prejudice as to Counts II and III.

DATED: April 10, 2026

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE